**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

| | |
|---|---|
| Richard John Swinehart | Bankruptcy Case No. 08-07302 |
| and Chrisanne Lynn Swinehart | Honorable Jeffrey R. Hughes |
| aka Chrisanne L. Rohring, | Chapter 7 |

                Debtors.
_____/

**ORDER GRANTING**
**TRUSTEE'S MOTION TO COMPEL DEBTOR TO TURNOVER PROPERTY**
**OF THE ESTATE PURSUANT TO 11 U.S.C. §521 AND §542**

PRESENT: **HONORABLE JUDGE**
United States Bankruptcy Judge

This matter having come before this Honorable Court based upon the Trustee's Motion to Compel Debtor to Turnover Property of the Estate Pursuant to 11 U.S.C. § 521 and §542 ("Motion"); proper service having been made pursuant to F.B.R.P. 2002; no objections having been timely filed; the defined terms in the Motion having the same meaning in this Order, and the Court being fully advised in the premises;

    **IT IS HEREBY ORDERED** that the Trustee's Motion is granted in all respects.

    **IT IS HEREBY ORDERED** that the Per Capita Payments are property of this bankruptcy estate and Debtor shall turnover and account for the sum of $30,000.00 plus additional amounts needed by the Trustee from the Per Capita Payments to satisfy all claims in this estate in full plus interest, to Kelly M. Hagan, Chapter 7 Trustee.

    **IT IS FURTHER ORDERED** that all future Per Capita Payments shall be tendered to Kelly M. Hagan, Chapter 7 Trustee to satisfy all claims in this estate plus interest. The obligation to turnover future Per Capita Payments to the Chapter 7 Trustee shall continue until instructed otherwise by the Chapter 7 Trustee or by an order of the United States Bankruptcy Court.

    **IT IS FURTHER ORDERED** that payments shall be made to Kelly M. Hagan, Chapter 7 Trustee at PO Box 6844, Traverse City, MI 49686.

**END OF ORDER**